David E. De Lorenzi
E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-596-4879
Facsimile: 973-639-6486

*Attorneys for Plaintiff,*
Nonpareil Corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NONPAREIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 08-2091 |
| | ) | (JLL)(CCC) |
| v. | ) | |
| | ) | |
| REDDY RAW, INC., d/b/a REDDY RAW | ) | **STIPULATION AND CONSENT** |
| AND AFFILIATED COMPANIES, | ) | **ORDER** |
| ABC COMPANIES 1-10, JOHN & JANE | ) | |
| DOE INDIVIDUALS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** having come before the Court by way of the application of

Plaintiff Nonpareil Corporation ("Nonpareil"), by and through its counsel, Gibbons P.C.,

with the consent of Defendant's counsel, requesting an extension of time, pursuant to

Local Rule 7.1(d)(5), within which to file an opposition brief to Defendant Reddy Raw

Inc's ("Reddy Raw") Motion for Leave to File an Amended Answer; and Defendant's

counsel having stipulated and agreed to extend the time within which Nonpareil may file

an opposition brief to and including January 19, 2010, and good cause having been

shown;

#1462276 v1
108230-62439

IT IS, on this 4th day of January 2010

**ORDERED** that Plaintiff Nonpareil's time to file an opposition brief to Reddy

Raw's Motion for Leave to File an Amended Answer shall be extended to and including

January 19, 2010;

**ORDERED** that Reddy Raw's reply brief to Nonpareil's opposition shall be

extended to and including February 1, 2010; and

**IT IS FURTHER ORDERED** that the return date for Reddy Raw's Motion for

Leave to File an Amended Answer shall be February 16, 2010.

Dated December 29, 2009

By: s/David E. De Lorenzi

David E. De Lorenzi
E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-596-4879
Facsimile: 973-639-6486

*Of Counsel*

Frank Dykas (*admitted pro hac vice*)
Elizabeth Herbst Schierman (*admitted pro hac vice*)
**DYKAS, SHAVER & NIPPER, LLP**
Post Office Box 877
Boise, Idaho 83701-0877
Telephone: (208) 345-1122
Facsimile: (888) 388-6035

*Attorneys for Nonpareil Corporation*

By: s/David C. Kistler

David C. Kistler
**BLANK ROME LLP**
*A Pennsylvania LLP*
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile: (609) 750-7701

*Of Counsel*

Kerry L. Konrad (*admitted pro hac vice*)
Noah M. Leibowitz (*admitted pro hac vice*)
Mindy M. Lok (*admitted pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendant Reddy Raw Inc.*

#1462276 v1
108230-62439

**SO ORDERED**

s/Claire C. Cecchi

Hon. Claire C. Cecchi, U.S.M.J.

#1462276 v1
108230-62439